UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARK K. MURRAY,

    Plaintiff,

v.                                              Case No. 3:16cv62/MCR/CJK

INSTITUTION CONTRACTEE
FOR MEDICAL, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

On February 26, 2016, the undersigned entered an order (doc. 4) advising plaintiff that his motion to proceed *in forma paupers* is deficient in that it was not filed on the required Northern District form and, instead, was filed on the form for use in the Middle District of Florida and that before the matter could proceed, plaintiff was required to either file a completed motion to proceed *in forma pauperis* on the form used in this district or pay the $400.00 filing fee.  The undersigned directed the clerk of court to send plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed plaintiff thirty days in which to either file the

completed motion or pay the $400.00 filing fee. Plaintiff was advised that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than thirty days passed and plaintiff failed to comply with the order, the undersigned entered another order (doc. 5) allowing plaintiff fourteen days in which to show cause why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than fourteen days have passed and plaintiff has failed to comply. Accordingly, it is RESPECTFULLY RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 15th day of April, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:16cv62/MCR/CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**