UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLARK K. MURRAY,**

    **Plaintiff,**

v.                                            CASE NO. 3:16cv62/MCR/CJK

**INSTITUTION CONTRACTEE
FOR MEDICAL, et al.,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 15, 2016. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and/or failure to comply with an order of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of May, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**